FILED
APR 3 0 2010
CLERK U.S. DISTRICT COURT

CR 12 (Rev. 5/03)

**WARRANT FOR ARREST**

# United States District Court

**DISTRICT**
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA v. WESAM EL-HANAFI, a/k/a "Khaled" | DOCKET NO. 10 CRIM. | MAGISTRATE'S CASE NO. 162 |
|---|---|---|

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

WESAM EL-HANAFI, a/k/a "Khaled"

WARRANT ISSUED ON THE BASIS OF: ☐ Order of Court   X Indictment   ☐ Information   ☐ Complaint

DISTRICT OF ARREST

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to provide material support to a foreign terrorist organization

| IN VIOLATION OF | UNITED STATES CODE TITLE 18: | SECTIONS 2339B(a)(1), (d)(1)(A), (d)(1)(D), 3238 |
|---|---|---|

BAIL            OTHER CONDITIONS OF RELEASE

ORDERED BY: JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)
(BY) DEPUTY CLERK

DATE ORDERED 3/2/10
DATE ISSUED

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED 03/02/10
DATE EXECUTED 4/30/10

NAME AND TITLE OF ARRESTING OFFICER
Daniel W Withers

SIGNATURE OF ARRESTING OFFICER
Daniel W Withers

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.